

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-76,979-02

### EX PARTE JORGE MENDOZA, JR., AKA GEORGE MENDOZA, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 64,862 IN THE 426TH DISTRICT COURT FROM BELL COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of indecency with a child by contact and sentenced to life imprisonment on each count. The Third Court of Appeals affirmed his convictions. *Mendoza v. State*, 03-10-00344-CR (Tex. App.—Austin May 24, 2013) (not designated for publication).

Applicant contends that trial counsel rendered ineffective assistance, his punishment is cruel and unusual, and the jury was not instructed on the definition of "legally" married. Applicant also

filed a motion in Bell County to abate his application. He contends that habeas counsel, Larry Warner, was not authorized to file the present application.

The trial court shall make findings of fact as to whether Warner was authorized to file the present application. The trial court may develop the record by ordering Warner and Applicant to respond. The trial court shall also make any other findings of fact that it deems relevant and appropriate.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: May 13, 2015
Do not publish